**Deon Eli ANDERSON Plaintiff-**
**Appellant**

v.

**DEPARTMENT OF THE AIR FORCE**
**Defendant-Appellee**

**No. 16-3889**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 30, 2017

Filed: June 2, 2017

braska.

Deon Eli Anderson, Pro Se

Roger Alan Keller, Jr., U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, for Defendant-Appellee

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

## PER CURIAM.

Deon Eli Anderson appeals the district court's[1] adverse grant of summary judgment in his action under the Administrative Procedure Act (APA), in which he challenged a term of debarment from entering into federal government contracts. He argued that the length of the term of debarment imposed by the Department of the Air Force violated federal law. We agree with the district court that there is no basis for concluding that the length of the term was not in accordance with the law or was arbitrary, capricious, or an abuse of discretion. See Rohr v. Reliance Bank, 826 F.3d 1046, 1052 (8th Cir. 2016) (reviewing de novo grant of summary judgment); Bettor Racing, Inc. v. Nat'l Indian Gaming Comm'n, 812 F.3d 648, 651 (8th Cir. 2016) (de novo review of district court's decision on whether agency action violated APA). We deny Anderson's pending motion to supplement the record. The judgment is affirmed. See 8th Cir. R. 47B.

---

**1.** The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.